IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL RONALD MOORE, | : | Civil No. 1:24-CV-01845 |
| Plaintiff, | : | |
| v. | : | |
| JENNIFER HOLTZAPPLE , | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 9th day of June, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. All FTCA claims raised against Defendant Holtzapple are **DISMISSED** with prejudice.

2. The remaining claims include a due process and a failure to treat claim brought pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 397 (1971).

3. In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court shall serve a copy of the amended complaint (Doc. 12), notice of lawsuit and request to waive service of summons (form AO 398), waiver of service of summons (form AO 399) and this Order on Defendant. In the interest of efficient administrative judicial economy, the court requests that the Defendant waive service pursuant to Federal Rule of Civil Procedure 4(d).

4. If service is unable to be completed due to Plaintiff's failure to properly name Defendant, or provide a correct mailing address, Plaintiff will be required to correct this deficiency. Failure to comply may result in the dismissal of Plaintiff's claims against the Defendants pursuant to Federal Rule of Civil Procedure 4(m).

2

5. Plaintiff shall maintain on file with the Clerk of Court a current address.  *See* M.D. Pa. LR 83.18.  If the court is unable to communicate with the Plaintiff because the Plaintiff has failed to notify the court of his address, the Plaintiff will be deemed to have abandoned the lawsuit.

                                            <u>s/Jennifer P. Wilson</u>
                                            JENNIFER P. WILSON
                                            United States District Judge
                                            Middle District of Pennsylvania