IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL RONALD MOORE, | : | Civil No. 1:24-CV-01845 |
| Plaintiff, | : | |
| v. | : | |
| JENNIFER HOLTZAPPLE, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 23rd day of February 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion for summary judgment, Doc. 17, is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendant Holtzapple.

3. The Clerk of Court is directed to **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania